# Earnings Statement 

CO. FILE DEPT. CLOCK NUMBER 076
NEA 068915 140484 0001785600

WAREHOUSE DEMO SERVICES, INC
330 4TH STREET
KIRKLAND, WA 98033
(425)897-2800

Period Beginning: 03/30/2011
Period Ending: 04/12/2011
Pay Date: 04/19/2011

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  UT: 0

JAY C COLLEDGE
567 SO 560 E
OREM, UT 84097

Social Security Number: XXX-XX-0132

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 40.67 | 447.37 | |
| **Gross Pay** | | | **$447.37** | 3,805.12 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -38.65 | 346.84 |
| | Social Security Tax | -18.79 | 159.82 |
| | Medicare Tax | -6.48 | 55.17 |
| | UT State Income Tax | -12.75 | 117.99 |
| | **Net Pay** | **$370.70** | |

Your federal taxable wages this period are $447.37

©1998, 2006. ADP, Inc. All Rights Reserved

▼ TEAR HERE



**HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS**

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS.  HOLD AT AN ANGLE TO VIEW.